UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 02-300 (ADM/RLE)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TONY LEE LUSSIER,<br><br>Defendant. | **MOTION OF UNITED STATES FOR DETENTION** |

The United States of America, by its attorneys, Rachel K. Paulose, United States Attorney for the District of Minnesota, and Nathan P. Petterson, Assistant United States Attorney, moves for the detention of the defendant without bail pending a hearing on the revocation of defendant's supervised release on the following grounds:

1. Under Title 18, United States Code, Section 3142(f)(2)(A), there is a serious risk that defendant will flee.

2. Under Title 18, United States Code, Section 3142(F) there is no condition or combination of conditions of release in Title 18, United States Code, Section 3142(c) which will reasonably assure the safety of the community and the appearance of the defendant as required.

3. The United States also respectfully requests a three-day continuance of the detention hearing, pursuant to Title 18, United States Code, Section 3142(f).

Dated: August 13, 2007

RACHEL K. PAULOSE
United States Attorney

*s/ Nathan P. Petterson*

BY: NATHAN P. PETTERSON
Assistant U.S. Attorney
Attorney ID Number 151506