# CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA,

Plaintiff,

v. Case Number: 02-300(ADM/RLE)

TONY LEE LUSSIER,

Defendant.

I hereby certify that on August 13, 2007, I served, or caused to be served, the following documents:

MOTION OF THE UNITED STATES FOR DETENTION

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

Manny Atwal
Assistant Federal Public Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Ph: (612) 664-5858
Fax: (612) 664-5850
Email: manny_atwal@fd.org

RACHEL K. PAULOSE
United States Attorney

*s/ Regina M. Hammes*

BY: REGINA M. HAMMES
Legal Assistant