PROCEEDINGS BEFORE UNITED STATES MAGISTRATE JUDGE **MARY KAY KLEIN**

# FIRST APPEARANCE

Criminal No. CR-02-300 ( ADM / ) Date of Hearing August 13, 2007 Time in Court 2:55 – 3:05
Judge MJ

**United States of America v. TONY LEE LUSSIER**

Tape: Yes Court Reporter & Agency: ______

Nate Petterson
Assistant U.S. Attorney

______
Appearance on behalf of defendant
Counsel to be: ( X ) appointed ( ) retained

Interpreter: N/A Language: ______

Date Charges Filed: August 7, 2007

Offense: Violation of Supervised Release

( **X** ) Charges read into record ( ) Waived reading of charges ( **X** ) Advised of Rights

On: ( ) Indictment ( ) Information ( ) Complaint Violation of: ( ) Pretrial Release ( **X** ) Supervised Release

**( ) Charges from other District** ______
Which District Court

( **X** ) Government moves for detention.
Motion is: ( **X** ) granted, temporary detention ordered ( ) denied ( ) Moot-defendant currently serving sentence

**Bond: Not Applicable**

Next appearance date is August 15, 2007 (Date) at 2:30 p.m. (Time) at

U. S. Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota (Address) before

Honorable Susan Richard Nelson (Magistrate Judge) for: ( **X** ) detention hrg ( **X** ) preliminary bond revocation hrg ( ) removal hrg ( ) arraignment

Additional Information: If possible, continue appointment or re-appoint Manny Atval.

( **X** ) Defendant denies being under influence of drugs/alcohol.
( **X** ) Defendant can hear and understand me.
( **X** ) Defendant is financially unable to obtain adequate representation.

/s/ Mary Kay Klein
Mary Kay Klein
United States Magistrate Judge

SCANNED
AUG 1 4 2007
U.S. DISTRICT COURT ST. PAUL