# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA,

Plaintiff,

vs.

TONY LEE LUSSIER,

Defendant.

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Case No. CR-02-300 ADM

Upon motion of the United States it is **ORDERED** that a detention hearing is set for August 15, 2007* at 2:30 p.m. before:

Magistrate Judge Susan Richard Nelson,
United States Courthouse, Courtroom #8E
300 South Fourth Street, Minneapolis, Minnesota.

Pending this hearing, the Defendant shall be held in custody by the United States Marshal and produced for the hearing.

Date: August 13, 2007.

/s/ Mary Kay Klein
Mary Kay Klein
United States Magistrate Judge

---

* If not held immediately upon Defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the Defendant. 18 U.S.A. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the Defendant (a) will flee; or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

SCANNED
AUG 14 2007
U.S. DISTRICT COURT ST. PAUL