**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: Susan Richard Nelson |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR-02-300 ADM/RLE |
| | ) | Date: August 15, 2007 |
| Tony Lee Lussier, | ) | Court Reporter: |
| | ) | Tape Number: |
| Defendant. | ) | Time Commenced: 2:30 p.m. |
| | | Time Concluded: 2:35 p.m. |
| | | Time in Court: 5 Minutes |

☐ **PRELIMINARY HRG ONLY** ☐ **DETENTION HRG ONLY**
☒ **PRELIMINARY BOND REVOCATION/DETENTION HRG** ☐ **REMOVAL HRG**
Time in Court Preliminary/Detention:

APPEARANCES:

Plaintiff: Nathan Petterson , Assistant U.S. Attorney
Defendant: Manny Atwal
☒ FPD ☐ CJA ☐ Retained ☐ Appointed

Interpreter / Language: / English

**True Name if different from charging instrument:**
☐ **Parties ordered to file stipulation or proposed order for name change**
☐ **Clerk of Court is directed to change the name to:**

On ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ **Pre-trial Release** ☒ **Supervised Release**

☐ **Charges from other District**:

☐ Deft Ordered Detained - Govt to submit proposed order ☐ Bond Continued ☐ Moot Currently Srvg Sentence
or
Bond set in the amount of $ with conditions, see Order Setting Conditions of Release.

☐ Deft bound over to District Court of Minnesota
☐ Deft removed to charging district and is ordered to appear before ____ on ____.

☐ Removal Order to be Issued ☐ **No** Removal Order to be Issued ☐ Commitment to Another District to be Issued

Additional Information: **Defendant waived his detention hearing and waived his preliminary bond revocation hearing.**
**Next appearance date: 8-23-07 at 11:00 for final revocation before The Honorable Ann D. Montgomery**

s/ Beverly Riches

Signature of Judicial Assistant