AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

v.

Tony Lee Lussier

**WARRANT FOR ARREST**

CASE NUMBER: CR 02-300 ADM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Tony Lee Lussier

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: Ann D. Montgomery, United States District Court Judge.

Kim Krulas

August 7, 2007 at Minneapolis, MN

(By) Kim Krulas, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ________

Date Received: 8/7/07

Date of Arrest: 8/13/07

SA ROBERT L. MERTZ

Name and Title of Arresting Officer

Signature of Arresting Officer

RECEIVED
AUG 08 2007
U.S. PROBATION OFFICE
MINNEAPOLIS, MINNESOTA

SCANNED
DC Modified 5/17/07
AUG 16 2007
U.S. DISTRICT COURT ST. PAUL

criminalwarrant.frm