UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-300 (ADM/RLE)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TONY LEE LUSSIER,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | DEFENDANT'S MOTION FOR PSYCHOLOGICAL EXAMINATION AND REPORT PURSUANT TO 18 U.S.C. § 4241 |

The defendant, Tony Lee Lussier, by and through his attorney, Manny K. Atwal, Assistant Federal Defender, respectfully move the Court for an Order for a psychological examination and report pursuant to 18 U.S.C. § 4241. The government has no objections to such an examination and report.

Mr. Lussier had an evaluation completed almost five years ago. However, it has been a few years since he was last treated, diagnosed or medicated. From personal observation by defendant's counsel and from speaking with his probation officer, a psychological evaluation is appropriate to determine Mr. Lussier's competency and to determine a resolution for his supervised release violation.

Dated: August 22, 2007

Respectfully submitted,

*s/Manny K. Atwal*____________________________

MANNY K. ATWAL
Attorney ID No. 0282029
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415