UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-300 (ADM/RLE)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR |
| v. | ) | PSYCHIATRIC OR |
| | ) | PSYCHOLOGICAL |
| | ) | EXAMINATION AND REPORT |
| TONY LEE LUSSIER | ) | PURSUANT TO 18 U.S.C. 4241 |
| | ) | |
| Defendant. | ) | |

Pursuant to the Defendant's motion for a psychiatric and psychological examination and report pursuant to 18 U.S.C. § 4241, and for good cause shown, such motion is GRANTED. The defendant is ORDERED into the custody of the Attorney General for a psychiatric and psychological examination to be conducted by a licensed or certified psychiatrist and psychologist.

Dated: August 23, 2007

s/Ann D. Montgomery

Honorable Ann D. Montgomery
United States Judge