A0 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
AUG 1 7 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

V.

Tony Lee Lussier

## WARRANT FOR ARREST

0741- 0807-1229-0

CASE NUMBER: **CR 02-300 ADM**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Tony Lee Lussier

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: Ann D. Montgomery, United States District Court Judge.

Kim Krulas

(By) Kim Krulas, Deputy Clerk

August 7, 2007 at Minneapolis, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at __________

Date Received: __________ Date of Arrest: __________

Name and Title of Arresting Officer

Signature of Arresting Officer

ARRESTED ON 8-10-07
ARRESTED BY Red Lake PD
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY M. Lamunte

SCANNED
AUG 21 2007
U.S. DISTRICT COURT ST. PAUL