UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 02-300(ADM/RLE)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TONY LEE LUSSIER,<br><br>Defendant. | ) | REASSIGNMENT OF CRIMINAL CASE |

The following criminal case has been reassigned as follows:

<u>Criminal No.</u>

02-300(ADM/RLE)

<u>Defendant Name</u>

Tony Lee Lussier

<u>Remove AUSA</u>

Joseph T. Dixon, III

<u>Add AUSA</u>

Ann M. Anaya

Dated: August 28, 2007

RACHEL K. PAULOSE
United States Attorney

s/ Joseph Dixon

BY: Joseph T. Dixon, III
Assistant U.S. Attorney
Attorney ID No. 0283903