**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

TONY LEE LUSSIER,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Ann D. Montgomery
U.S. District Judge

| | |
|---|---|
| Case No: | 02-300 ADM/RLE |
| Date: | January 17, 2008 |
| Court Reporter: | Lorilee Fink |
| Time Commenced: | 9:00 a.m. |
| Time Concluded: | 9:25 a.m. |
| Time in Court: | 25 Minutes |

## APPEARANCES:

Plaintiff: Ann Anaya, Assistant U.S. Attorney
Defendant: Manny Atwal

## PROCEEDINGS:

**Revocation of Supervised Release - Final Hearing.**
Defendant admits allegations and waives his right to an evidentiary hearing.

## ORDERED:

Defendant is sentenced to 6 months in the custody of the BOP with credit for time served. After release from custody the defendant shall remain on supervised until his original expiration date of July 25, 2012, with conditions as outlined in the Judgement and Commitment Order.

s/Gertie Simon
Courtroom Deputy