**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Tony Lee Lussier,<br><br>Defendant. | ) | **COURT MINUTES - CRIMINAL**<br>BEFORE: Jeanne J. Graham<br>U.S. Magistrate Judge |

| | |
|---|---|
| Case No: | CR 02-300 ADM |
| Date: | March 19, 2008 |
| Court Reporter: | None |
| Tape Number: | #200 2526-3006 |
| Time Commenced: | 2:10 p.m. |
| Time Concluded: | 2:15 p.m. |
| Time in Court: | 5 Minutes |

☐ **PRELIMINARY HRG ONLY**
☒ **PRELIMINARY REVOCATION/DETENTION HRG**
Time in Court Prelim/Det: 3/2

☐ **DETENTION HRG ONLY**
☐ **REMOVAL HRG**

APPEARANCES:

Plaintiff: Andrew Winter, Assistant U.S. Attorney
Defendant: Robert G. Davis
☐ FPD ☒ CJA ☐ Retained ☒ Appointed

Interpreter / Language: None / English

On ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ Pre-trial Release ☒ **Supervised Release**

☒ Deft Ordered Detained - Govt to submit proposed order ☐ Bond Continued ☐ Moot Currently Srvg Sentence

☒ Deft bound over to District Court of Minnesota

Additional Information:
**Defendant waives preliminary revocation hearing.**
**Final Revocation is March 26, 2008 at 11:00 a.m. before U.S. District Judge Ann D. Montgomery.**

s/Joan Flood
Criminal Duty Clerk