**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

TONY LEE LUSSIER,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Ann D. Montgomery
U.S. District Judge

| | |
|---|---|
| Case No: | 02-300 ADM/RLE |
| Date: | March 26, 2008 |
| Court Reporter: | Deb Beauvias |
| Time Commenced: | 11:10 a.m. |
| Time Concluded: | 11:50 a.m. |
| Time in Court: | 40 Minutes |

## APPEARANCES:

Plaintiff: Ann Anaya, Assistant U.S. Attorney
Defendant: Robert Davis

## PROCEEDINGS:

**Revocation of Supervised Release - Final Hearing.**
Defendant admits allegations and waives his right to an evidentiary hearing.

## ORDERED:

Defendant remanded to custody of the U.S. Marshal.
Defendant is sentenced to 10 months in the custody of the BOP. Supervised release to follow to the original expiration date.

s/Gertie Simon
Courtroom Deputy