A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

0841-0307-0677-D

CASE NUMBER: **CR 02-300 ADM/RLE**

Tony Lee Lussier

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Tony Lee Lussier

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: Ann D. Montgomery, United States District Court Judge.

Lori Sampson

March 7, 2008 at Minneapolis, MN

(By) Lori Sampson, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

Name and Title of Arresting Officer

Signature of Arresting Officer

SCANNED
MAR 2 8 2008
U.S. DISTRICT COURT ST. PAUL

ARRESTED ON 3-13-08
ARRESTED BY USMS.
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY M. Calmette

criminal\warrant.frm

DC Modified 5/17/07