# UNITED STATES DISTRICT COURT

## District of Minnesota

# NOTICE OF APPEAL

**USCA 8 NO** ____________

| | | |
|---|---|---|
| United States of America<br>Plaintiff<br>vs<br>Tony Lee Lussier<br>Defendant | Number | 02-cr-300(ADM/RLE)<br>District Court Docket<br>Ann D. Montgomery<br>District Court Judge |

Notice is given that Tony Lee Lussier appeals to the United States Court of Appeals for the Eighth Circuit from the xxx Judgment & Commitment Order (Specify) entered in this action on March 26, 2008

| | |
|---|---|
| /s/Robert G. Davis | Robert G. Davis, MN Atty # 123481 |
| Signature of Defendant's Counsel | Typed name of Defendant's Counsel |
| 270 N. Grain Exchange Building<br>301 South Fourth Street | ( 612 ) 677-8354 |
| Street Address/Room Number | Telephone Number |
| Minneapolis, Minnesota 55415-1032 | April 3, 2008 |
| City State Zip | Date |

## TRANSCRIPT ORDER FORM

**TO BE COMPLETED BY ATTORNEY FOR APPELLANT**

Please Prepare a transcript of:

- Pre-trial proceedings
- Testimony or
- Portions thereof ____________
- Sentencing
- xxx Post Trial Proceedings Revocation
- xxx Other (Specify) Hearings on 1/17/08 & 3/26/08

I am not ordering a transcript because

- Previously filed
- Other (Specify) ____________

## CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon US District Court, court reporter and all counsel of record, and that satisfactory arrangements for payment of costs of transcripts ordered have been made with the court reporter. (FRAP 10(b)). Method of payment _____Funds, __xxx____ CJA Form 24 completed & submission pending

/s/ Robert G. Davis — April 3, 2008

Attorney's Signature — Date

**NOTE: Complete All Items on Reverse Side**

**INFORMATION SHEET**
**TO BE COMPLETED BY ATTORNEY FOR APPELLANT**

1. Defendant's Address : c/o United States Marshall's Service US Courthouse, 300 S. 4th St. Minneapolis, Minnesota 55415 or Sherburne County Jail Elk River, Minnesota

2. Date of Verdict: N/A Jury Non-Jury

   Offenses: First Degree Burglary and two counts Assault
   18 USC 113 & 1153

   Trial Testimony - Number of days N/A Bail Status: detained

3. Sentence and Date Imposed: March 26, 2008—Revocation Hearing and sentencing
   10 months custody of BOP, Sup. Rel. continued to orig. date

4. Appealing: Sentence xx Conviction

   Challenging:
   Application of Sentencing Guidelines
   Constitutionality of Guidelines
   Both Application and Constitutionality

5. Date Trial Transcript ordered by Counsel or District Court: April 4, 2008

   Stenographer in Charge : (Name, Address, Phone)
   Debra Beauvias, US Courthouse
   301 Fourth Street South
   Minneapolis, MN 55415
   (612) 664-5104

6. Trial Counsel Was: xx Appointed (no fee required) Retained (filing fee $255 unless IFP granted)

   Does Defendant's financial status warrant appointment of counsel on appeal?

   xx Yes No

   Affidavit of Financial Status filed: N/A—previous appointment

   Is there any reason why trial counsel should not be appointed as counsel on appeal?

   Yes No xx

7. Assistant US Attorney Name(s) and Phone Number: Ann Annya, AUSA
   (612) 664-5600

**Court Reporter Acknowledgment**

Date Order Received ______ Estimated Completion Date ______ Est. Number of Pages ______

Court Reporter Signature ______ Date ______

Noticeofappeal (11/01)