# UNITED STATES DISTRICT COURT
## District of Minnesota

### REVISED INFORMATION SHEET - Criminal Cases Only

1. United States of America -v- Tony Lee Lussier CR 02-300 ADM/RLE
2. Defendant and Address: Tony Lee Lussier
   Reg No. 10646-041
   Sherburne County Jail
   13880 Highway 10 NW
   Elk River MN 55330
3. Date of verdict: (x) N/A, Appealing Judgment re: Revocation of Supervised Release
4. Appealing: (x) Sentence
5. Sentence: Custody of BOP for 10 months
6. Date sentence imposed: 3/26/08
7. Defendant incarcerated? (x) Yes
8. Financial Status: Fee paid? (x) N/A Counsel appointed
9. Notice of Appeal was filed on 4/3/08
10. Court Reporter: Deb Beauvais
11. Trial Counsel: Robert G Davis
    Robert G Davis Law Office
    270 N. Grain Exchange Building
    301 Fourth Avenue South
    Mpls, MN 55415-1032
    612-677-8300
    Fax: 612-339-1516
    Email: rgdavis1949@hotmail.com
12. Trial counsel was: (x) Appointed

    Is there any reason why trial counsel should not be appointed on appeal? (x) No
13. Assistant U.S. Attorney: Ann M. Anaya PHONE #: (612) 664-5600
14. List of other defendants in this case & disposition:
15. Additional Comments:
    Probation-Please send the PSI, addendums and Statement of Reasons to the Criminal Unit (STP).

Prepared by: lg