COPY

# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

## TRANSMITTAL SHEET

RECEIVED
APR 14 2008
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

**Date:** April 10, 2008

**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT

**From:** Brenda J. Schaffer, U.S. District Court - St. Paul, Minnesota

**Appeal Number:** **08-1770**

**District Court Number:** CR 02-300(1) ADM/RLE **Tony Lee Lussier**

**TRANSMITTED HEREWITH:**

Three (3) Designated Clerk's Records

(X) Entered in ECF (USDC purposes only)

---

**USCA ACKNOWLEDGMENT**

Received

By:

Returned to District Court

Date:

By:

RECEIVED
APR 11 2008
U.S. Court of Appeals
Eighth Circuit-St. Paul, MN

SCANNED
APR 15 2008
U.S. DISTRICT COURT ST. PAUL

# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

## DESIGNATION OF RECORD

United States of America — Appeal No. 08-1770

vs.

Tony Lee Lussier — Criminal No. 02-300(1) ADM/RLE

Date delivered to U.S.C.A.: 4/10/08

Prepared by: bjs

# U.S. DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

vs.

**Tony Lee Lussier**

U.S.C.A. #: 08-1770
District Court #: Criminal 02-300(1) ADM/RLE

## INDEX


| | | Date Filed | Page Numbers |
|---|---|---|---|
| 1. | INDICTMENT | 9/18/02 | 1-5 |
| 2. | JUDGMENT IN A CRIMINAL CASE | 8/7/03 | 6-9 |
| 3. | PETITION AND ORDER RE: VIOLATION OF SUPERVISION | 8/7/07 | 10-12 |
| 4. | SENTENCING JUDGMENT ON SUPERVISED RELEASE VIOLATION | 1/17/08 | 13-16 |
| 5. | PETITION AND ORDER RE: VIOLATION OF SUPERVISION | 3/7/08 | 17-19 |
| 6. | SENTENCING JUDGMENT ON SUPERVISED RELEASE VIOLATION | 3/26/08 | 20-23 |
| 7. | NOTICE OF APPEAL | 4/3/08 | 24-25 |
| 8. | PUBLIC DOCKET | | 26-36 |